NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-5075, -5108

MICHAEL KAWA,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeals from the United States Court of Federal Claims in 06-CV-448,
Judge George W. Miller.

ON MOTION

ORDER

Michael Kawa moves without opposition to consolidate appeal nos. 2009-5075 and 2009-5108.

On May 29, 2009, the court stayed briefing in appeal no. 2009-5075 pending the disposition of a Fed. R. Civ. P. 60(b) by the United States Court of Federal Claims. Kawa states that the trial court denied the Rule 60(b) motion on June 12, 2009. Thus, the court lifts the stay of briefing and consolidates the appeals.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion to consolidate is granted. The revised official caption is reflected above.

(2)    The stay of briefing is lifted.  Kawa's brief in the consolidated appeal is due within 60 days of the date of filing of this order.

FOR THE COURT

AUG 13 2009
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:    Joseph A. Camardo, Jr., Esq.
Leslie Cayer Ohta, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 13 2009

JAN HORBALY
CLERK

2009-5075, -5108                    2